Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California  94104
Telephone: (877) 276-5084
Facsimile:  (888) 551-2252
steve@vondranlegal.com

Attorney for IP ADDRESS 24.6.223.206

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC. <br><br> Plaintiff, <br><br> vs. <br><br> John Doe subscriber assigned IP address 24.6.223.206 <br> Defendants. | No. 3:18-cv-02018-JCS <br><br> **NOTICE OF APPEARANCE FOR IP ADDRESS 24.6.223.206** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of IP ADDRESS 24.6.223.206.

DATED this 8th day of June, 2018.

**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**


By /S/  Steve Vondran
Steven C. Vondran, Esq.
*Attorneys for IP 24.6.223.206*

**ORIGINAL** of the foregoing *e-filed* this
8th day of June 2018, with:

UNITED STATES DISTRICT COURT
Chief Magistrate Judge
Joseph C. Spero
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

**COPY** *mailed* this date to:

Fox Rothschild LLP
10250 Constellation Boulevard, Suite 900
Los Angeles, California  90067
**Attn: Lincoln Dee Bandlow, Esq.**
Facsimile:  (310) 556-9828
Email: lbandlow@foxrothschild.com

    Executed on June 8th*, 2018,* at Phoenix, Arizona.

                      By:   */s/*    *Lisa Vondran*    _____
                                  Lisa Vondran, Assistant